*970 537 U. S. 1194;
538 U. S. 1000;
538 U. S. 1000;
537 U. S. 920;
537 U. S. 1070;
537 U. S. 984;
537 U. S. 1236;
538 U. S. 984;
538 U. S. 984;
538 U. S. 985;
538 U. S. 997;
538 U. S. 1002;
538 U. S. 1015;
538 U. S. 989;
*971 No. 02-9464.
No. 02-9783.
No. 02-9902.
No. 02-9937.
No. 02-10115.
538 U. S. 1017;
538 U. S. 1008;
538 U. S. 1043;
538 U. S. 1044; and
538 U. S. 1049. Petitions for rehearing denied.